UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DRYBULK INTERTRADE LTD.,                :
                                        :
            Plaintiff,                  :      08 Civ.
                                        :
      - against -                       :      ECF CASE
                                        :
SHREE LAXMI TRADING CORPORATION         :
EXPORT (INDIA), MUMBAI a/k/a            :
SREE LAXMI TRADING CORP. EXPORT         :
(INDIA)                                 :
                                        :
            Defendant.                  :
----------------------------------------------------------X

## ORDER TEMPORARILY SEALING COURT FILE

An application having been made by counsel for Plaintiff for an Order Temporarily Sealing the Court File:

NOW, on reading and filing the Affidavit of Anne C. LeVasseur, sworn to on July 1, 2008, and good cause shown having been shown, it is hereby

ORDERED that all documents, including, but not limited to, the Complaint and the other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the court file be maintained under seal until further notice of this Court or notification to the Clerk that the Plaintiff's property has been attached. The Clerk of this Court may have access to the sealed file to implement or ensure compliance with orders issued in this case.

Dated:  New York, NY
        July ___, 2008

                                              _____
                                                          U.S.D.J.