UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DRYBULK INTERTRADE LTD.,

           Plaintiff,

- against -

SHREE LAXMI TRADING CORPORATION
EXPORT (INDIA), MUMBAI a/k/a
SREE LAXMI TRADING CORP. EXPORT
(INDIA)

           Defendant.
-------------------------------------------------------------X

08 Civ. 6023 (CM)

ECF CASE

### ORDER TO UNSEAL CASE

This Court ordered on July 1, 2008 pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, it is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
      July 28, 2008

SO ORDERED

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08