UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DRYBULK INTERTRADE LTD.,            :
                                    :
        Plaintiff,                 :   08 Civ.
                                    :
   - against -                     :   ECF CASE
                                    :
SHREE LAXMI TRADING CORPORATION     :
EXPORT (INDIA), MUMBAI a/k/a        :
SREE LAXMI TRADING CORP. EXPORT     :
(INDIA)                             :
                                    :
        Defendant.                 :
------------------------------------------------------------- X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: July 1, 2008
      Southport, CT

                                  The Plaintiff,
                                  DRYBULK INTERTRADE LTD.

                     By: _____
                            Patrick F. Lennon
                            Anne C. LeVasseur
                            LENNON, MURPHY & LENNON, LLC
                            The Gray Bar Building
                            420 Lexington Ave., Suite 300
                            New York, NY 10170
                            (212) 490-6050
                            facsimile (212) 490-6070
                            pfl@lenmur.com
                            acl@lenmur.com